IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 09cv1434 |
| ) | Judge Gottschall |
| NELLIE WILLIAMS, et al., ) | Magistrate Judge Keys |
| ) | |
| Defendants. ) | |

JUDGMENT AGAINST BURNELL WILLIAMS, JR., BURDYKE INVESTMENT &
MANAGEMENT COMPANY, INC., UNION ACCEPTANCE CORPORATION,
LVNV FUNDING, LLC, AND SUBURBAN BANK & TRUST COMPANY

This matter came before the Court on plaintiff United States of America's motion for default judgment against defendants (a) Burnell Williams, Jr., (b) Burdyke Investment & Management Company, Inc., (c) Union Acceptance Corporation, (d) LVNV Funding, LLC, and (e) Suburban Bank & Trust Company, the default of such defendants having been previously entered on July 16, 2009, and the Court being fully advised in the premises, grants the motion, and it is –

**HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of the plaintiff United States of America and against the defendants (a) Burnell Williams, Jr., (b) Burdyke Investment & Management Company, Inc., (c) Union Acceptance Corporation, (d) LVNV Funding, LLC, and (e) Suburban Bank & Trust Company, as follows:

(A) Burnell Williams, Jr., is the mere nominee and alter ego of Nellie Williams, the true and equitable owner of the real property described below, and as such any interest held by Burnell Williams, Jr., in Land Trust Number 74-3650 and such real property is subject to the superior federal tax liens for the tax liabilities of Nellie Williams, as alleged in the Complaint in this case.

4578329.1

(B)   With regard to the real property located at 2632 West 94th Place, Evergreen, Illinois 60805, which was conveyed to Nellie Williams by warranty deed dated March 20, 1998, and recorded with the Cook County Recorder at document number 98496046, on June 12, 1998, and which was the subject matter of a "warranty deed" dated May 13, 2005, and recorded with the Cook County Recorder at document number 0513853071 on May 18, 2005, and which is legally described as

> LOT 12 IN BLOCK 2 IN WALTER MCKEOWN'S COUNTRY CLUB ESTATES, BEING A RESUBDIVISION OF LOTS 8 AND 9, IN CHAMBERS AND KELLOGGS'S SUBDIVISION OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF SECTION 1, TOWNSHIP 37 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, (EXCEPTING THEREFROM THAT PART OF SAID PREMISES CONVEYED TO CHICAGO TERMINAL TRANSFER COMPANY BY DEED RECORDED IN THE RECORDER'S OFFICE OF COOK COUNTY, ILLINOIS, ON JULY 25, 1905 AS DOCUMENT NUMBER 3728512, IN BOOK 9061, PAGE 396, ACCORDING TO THE PLAT THEREOF.

(hereinafter referred to as "the Property"), the Suburban Bank & Trust Company, as Trustee of Land Trust Number 74-3650, holds record title to the Property as the mere nominee of Nellie Williams, the true and equitable owner of the Property, and as such any interest held by Suburban Bank & Trust Company, in Land Trust Number 74-3650 and the Property is subject to the superior federal tax liens, for the tax liabilities of Nellie Williams, as alleged in the Complaint in this case.

(C)   Burdyke Investment & Management Company, Inc., has no right, title, or interest in the Property.

(D)   Union Acceptance Corporation has no right, title, or interest in the Property.

(E)   LVNV Funding, LLC, has no right, title, or interest in the Property.

Done at Chicago, Illinois, this ___3___ day of September 2009.

_____
JOAN B. GOTTSCHALL
United States District Judge

4578329.1